UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATALIA MARQUEZ CABRERA and RIGOBERTO GALO MANUELES, *individually and on behalf of others similarly situated,*

Docket No. **1:22-cv-00807**

*Plaintiffs*,

-against-

JJ ARADHANA INC. (D/B/A GREEK VILLAGE RESTAURANT), SOHAN LAL (a/k/a SONY), and NICHOLAS C. TSAPELIS (a/k/a NICK),

**JUDGMENT**

*Defendants.*

-----------------------------------------------------------------X

## **JUDGMENT**

On December 1, 2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiffs, NATALIA MARQUEZ CABRERA and RIGOBERTO GALO MANUELES, have judgment against NICHOLAS C. TSAPELIS (a/k/a NICK), in the amount of Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

December 5, 2023

BRENNA B. MAHONEY
CLERK OF COURT

by: ___*Jalitza Poveda*___
Deputy Clerk