**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATALIA MARQUEZ CABRERA and RIGOBERTO
GALO MANUELES, *individually and on behalf of*
*others similarly situated,*

                          1:22-cv-00807-LDH-VMS

                *Plaintiffs*,           **[Proposed Form Of]**
                                          **JUDGMENT**

      -against-

JJ ARADHANA INC. (d/b/a GREEK VILLAGE
RESTAURANT), SOHAN LAL (a/k/a SONY), and
NICHOLAS C. TSAPELIS (a/k/a NICK),

               *Defendants.*
-----------------------------------------------------------------X

## JUDGMENT

On February 11, 2022, this action was commenced by Plaintiffs' filing of the complaint and this Court's issuance of the summons. The summons and Complaint in this action having been duly served on the above-named defendants JJ ARADHANA INC. (d/b/a GREEK VILLAGE RESTAURANT) and SOHAN LAL (a/k/a SONY), and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of CSM Legal, P.C., the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiffs, NATALIA MARQUEZ CABRERA and RIGOBERTO GALO MANUELES, have judgment jointly and severally against the defendants JJ ARADHANA INC. (d/b/a GREEK VILLAGE RESTAURANT) and SOHAN LAL (a/k/a SONY), in the amount of $221,593.27, including compensatory damages and permissible liquidated damages, plus pre-

judgment interest in the amount of $_____ (calculated at the legal rate in effect on the date of this judgment) all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is also awarded attorney's fees in the amount of $7,295.25 and costs in the amount of $1,217.60, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: _____

_____
Honorable LaShann DeArcy Hall