**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NATALIA MARQUEZ CABRERA and
RIGOBERTO GALO MANUELES, *individually and on behalf of others similarly situated*,

                         *Plaintiffs*,

          -against-

JJ ARADHANA INC. (D/B/A GREEK VILLAGE RESTAURANT), SOHAN LAL (a/k/a SONY), and NICHOLAS C. TSAPELIS (a/k/a NICK),

                         *Defendants.*
-------------------------------------------------------------X

**Case No.** 22-cv-00807

**Motion to Withdraw As Counsel**

      Jarret Bodo, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as his last day of employment with the law firm of CSM Legal, P.C. is April 12, 2024.

      CSM Legal, P.C. will continue to represent the Plaintiff(s) in this matter, and no party will be prejudiced if this Motion is granted.

      I do not assert a retaining or a charging lien.

      WHEREFORE, undersigned counsel respectfully requests that this Court permit Jarret Bodo to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York
       April 11, 2024

Respectfully submitted,

/s/ Jarret Bodo
Jarret Bodo, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*