**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

NATALIA MARQUEZ CABRERA and
RIGOBERTO GALO MANUELES,
*individually and on behalf of others similarly situated,*

                                    Plaintiffs,        Case No. 22-cv-00807 (LDH)
                                                       (SDE)

                v.

JJ ARADHANA INC.
    d/b/a Greek Village Restaurant and            **NOTICE OF MOTION FOR**
SOHAN LAL                              **DEFAULT JUDGMENT**
    a/k/a Sony,

                                Defendants.

--------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on November 7, 2025, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, Plaintiff RIGOBERTO GALO MANUELES shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201 before the Honorable LaShann DeArcy Hall, United States District Judge, for an Order granting judgment by default against Defendants JJ ARADHANA INC. d/b/a Greek Village Restaurant and SOHAN LAL a/k/a Sony

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the United States District Court for the Eastern District of New York, answering papers, if any, are to be served on or before fourteen (14) days after service of these moving papers.

Dated: Flushing, NY
       November 7, 2025

                                    TROY LAW, PLLC

                                    */s/ John Troy*
                                    John Troy
                                    41-25 Kissena Boulevard
                                    Suite 110
                                    Flushing, NY 11355

(718) 762-1324
troylaw@troypllc.com
*Attorneys for Plaintiff Rigoberto Galo Manueles*